UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE HOLLYWOOD INN, INC.                                                        PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:08CV604LTS-RHW

UNDERWRITERS AT LLOYD'S, LONDON                                    DEFENDANT

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

This cause comes before the Court *sua sponte*, pursuant to an [7] Order of Severance, and the Court finds it appropriate that this action should be dismissed, without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and it is hereby dismissed without prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 20th of January, 2009.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE